FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 03 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. CR 16-853 JB |
| | ) | |
| vs. | ) | Count 1: 18 U.S.C. §§ 1153, 2241(c) and |
| | ) | 2246(2)(B): Aggravated Sexual Abuse; and |
| **AARON MARTINEZ,** | ) | |
| | ) | Count 2: 18 U.S.C. §§ 1153, 2244(c) |
| Defendant. | ) | and 2246(3): Abusive Sexual Contact. |

INDICTMENT

The Grand Jury charges:

Count 1

From on or about May 1, 2013, to on or about October 1, 2013, in Indian Country, in Santa Fe County, in the District of New Mexico, the defendant, **AARON MARTINEZ**, an Indian, did knowingly engage in a sexual act with John Doe 1, a child who had not attained the age of twelve (12) years, and the sexual act consisted of the contact between the mouth of the defendant and the penis of John Doe 1.

In violation of 18 U.S.C. §§ 1153, 2241(c), and 2246(2)(B).

Count 2

From on or about May 1, 2013, to on or about October 1, 2013, in Indian Country, in Santa Fe County, in the District of New Mexico, the defendant, **AARON MARTINEZ**, an Indian, did knowingly engage in a sexual act with John Doe 2, a child who had not attained the age of twelve (12) years, and the sexual act consisted of the defendant intentionally touching the genitalia, groin and inner thighs of John Doe 2, directly and through the clothing, by the use of

force against John Doe 2, with the intent to abuse, humiliate, degrade, arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1153, 2244(c) and 2246(3).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

3/2/2016 10:34 AM

2