## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO
## ALBUQUERQUE

Before the Honorable Kirtan Khalsa

United States Magistrate Judge

| Clerk's Minutes | Arraignment/Detention | | | |
|---|---|---|---|---|
| Date: | 3/15/2016 | Case Number: | 16-853 JB | |
| Case Title: USA v. | Aaron Martinez | Liberty: | Gila @ | 10:38 am |
| Courtroom Clerk: | C. Lopez | Total Time: | 8mins | |
| Probation/Pretrial: | Anthony Galaz | Interpreter: | | |

ATTORNEYS PRESENT:

| Plaintiff: | Raquel Ruiz-Velez | Defendant: | Margaret Katze |
|---|---|---|---|

PROCEEDINGS:

| ☐ | First Appearance of Defendant |
|---|---|
| ☒ | Defendant received a copy of the Indictment |
| ☒ | Defendant questioned re: time to consult with attorney regarding the penalties |
| ☒ | Defendant waives reading of Indictment |
| ☒ | Defendant is ready to enter a plea |
| ☒ | Defendant enters a plea of NOT GUILTY to all counts |
| ☒ | Motions due by:4/4/2016 |
| ☒ | Discovery Order electronically filed |
| ☒ | Case assigned to: Judge Browning |
| ☒ | Trial set on trailing docket: TO BE NOTIFIED |
| ☒ | Defendant released to La Pasada Halfway House w/conditions |
| ☐ | Other: |